COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00871-CV |
| Style: | Playa Vista LP, Morgan-Multi Family LLC, and Scott Morgan |
| | v. Lakeside Re, LP, GSRE, Inc., and Avi Ron |
| Date motion filed*: | January 21, 2015 |
| Type of motion: | Motion to Reinstate Case and Extension of Time to File Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?        No
If motion to extend time:

| | |
|---|---|
| Original due date: | December 22, 2014 |
| Number of extensions granted: | 0        Current due date:  N/A |
| Date Requested: | N/A (30 days from date of Order) |

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:  February 26, 2015.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On December 23, 2014, this Court granted appellant's motion to stay in part and abated the case until after a supplemental clerk's record containing a final judgment was filed in this Court.  Although the trial clerk filed a supplemental clerk's record containing a final judgment on January 6, 2015, a second supplemental clerk's record containing an amended notice of hearing was just filed on January 20, 2015, as requested by appellees on December 23, 2014.  *See* TEX. R. APP. P. 27.2.  Accordingly, appellant's motion to reinstate this case and to set appellant's briefing deadline 30 days from the date of this Order is **granted**.  *See* TEX. R. APP. P. 2, 38.6(a)(1).

Judge's signature: /s/ Laura C. Higley
                ☑ Acting individually        ☐ Acting for the Court
Date:  January 27, 2015